UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NGHIA NGUYEN,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>KING COUNTY, *et al.*,<br><br>　　　　　　　Defendants. | Case No. C18-1224-JLR<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, ~~any objections thereto~~ Plaintiff Nguyen's Objections (DKT # 12), and the remaining record, hereby finds and ORDERS: 

(1)　The Report and Recommendation is approved and adopted.

(2)　Plaintiff's civil rights complaint (Dkt. 5) and this action are DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B).

//

//

//

ORDER DISMISSING ACTION
PAGE - 1

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 3RD day of December, 2018.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2